**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LIVINGSTON BENNETT, on behalf of himself and all others similarly situated, | ) | Case No. 1:26-cv-6369 |
| Plaintiffs, | ) | |
| v. | ) | Honorable Georgia N. Alexakis |
| AOB PRODUCTS COMPANY, | ) | Magistrate Judge Heather K. McShain |
| Defendant. | ) | |

**DEFENDANT AOB PRODUCTS COMPANY'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant AOB Products Company ("AOB"), respectfully moves for a 30-day extension of time to file its response to Plaintiff's Complaint (ECF No. 1), until and including August 7, 2026. In support of this motion, AOB states as follows:

1. Plaintiff filed his Complaint on May 29, 2026. ECF No. 1.

2. AOB was served on June 17, 2026.

3. The deadline for AOB to answer or otherwise respond to the Complaint is July 8, 2026.

4. AOB is diligently investigating the allegations of Plaintiff's Complaint, but requires additional time to complete their investigation and prepare AOB's response to Plaintiff's Complaint.

5. This request is not made for the purpose of delay or for any other improper purpose.

6. This is AOB's first request for an extension of time in this case.

7. Counsel for AOB conferred with counsel for Plaintiff. Plaintiff does not oppose the requested extension.

**WHEREFORE**, AOB respectfully requests that the Court grant its motion and enter an order extending the deadline for AOB to file its response to Plaintiff's Complaint by 30 days, until and including August 7, 2026.

Dated: July 7, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Stephanie Schuster*
Stephanie Schuster
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 373-6595
Facsimile: (202) 739-3001
Stephanie.schuster@morganlewis.com

*Counsel for Defendant AOB Products Company*