| | | |
|---|---|---|
| LIVINGSTON BENNETT, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AOB Products Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-6369<br><br>Honorable Georgia N. Alexakis |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ALL DEADLINES**

Plaintiff, Livingston Bennett ("Plaintiff"), by and through undersigned counsel, respectfully submit this Plaintiff's Unopposed Motion to extend all current deadlines in this matter. In support thereof, the Parties state as follows:

1. Plaintiff filed the Complaint in this action on May 29, 2026. (ECF No. 1)
2. Defendant AOB Products Company, was served on June 17, 2026, and its deadline to answer or otherwise respond to the Complaint is August 7, 2026. (ECF No. 11)
3. On June 1, 2026, the Court entered a Minute Entry setting the Initial Status Hearing for August 6, 2026, and directing the Parties to file a Joint Initial Status Report by July 30, 2026. (ECF No. 6)
4. Defendant has only recently contacted Plaintiff's counsel in this action and has not yet had a reasonable opportunity to fully review the allegations in the Complaint, evaluate potential defenses, or assess the scope of discovery and case management issues.
5. In light of Defendant's recent contact and the need for time to review the pleadings, the Parties request an extension of Defendant's deadline to answer or otherwise respond to the

Complaint, up to and including September 7, 2026.

**6.** Additionally, for the same reasons, Plaintiff respectfully requests that the Court reschedule the deadline of the initial status report and the initial status hearing to a date after September 7, 2026.

**7.** This is Plaintiff's first request for an extension of these deadlines.

**8.** This request is made in good faith and will not prejudice any party or delay the proceedings.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order:

a. Extending Defendant AOB Products Company deadline to answer or otherwise respond to the Complaint to **September 7, 2026**;

b. Extending time to file the Initial Joint Status Report to a date after **September 7, 2026**, and that the Court reschedule the Initial Status Hearing to a date thereafter;

d. Granting such other and further relief as the Court deems just and appropriate.

Respectfully Submitted,

Dated: July 23, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
4903 Avenue N
Brooklyn, NY 11234
O: 844-731-3343
D: 929-442-2154
Email: Achan@ealg.law